# UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

**AFFIDAVIT OF COMPLAINT IN REMOVAL PROCEEDINGS**

UNITED STATES OF AMERICA  MAGISTRATE JUDGE KEYS   07CR 724
)
NORTHERN DISTRICT OF ILLINOIS       )   CASE NUMBER:_____

FILED NOV 0 2 2007 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT

The undersigned Affiant personally appeared before  Honorable Arlander Keys , a United States Magistrate Judge, and being duly sworn on oath, states: That at Knoxville, Tennessee, one Elmer Earl Singleton, Jr., was charged with the violation of Sections 841 (a)(1) and 841(b)(1)(C) of the United States Code, Title 21, for the offense of knowing possession with intent to distribute cocaine base, a Schedule II controlled substance, and Section 922(g)(1) of the United States Code, Title 18, for the offense of knowing possession of a firearm after being convicted of a crime punishable by a term of imprisonment exceeding one year, and that on the basis of Affiant's investigation and information received concerning the case through official channels, does hereby certify that an Arrest Warrant is outstanding for the arrest of said defendant.

Wherefore, Affiant prays that the defendant be dealt with according to law.

_____
Chris Labno
Agent, ATF

Subscribed and Sworn to before me this 2nd th day of November, 2007.

_____
Arlander Keys
United States Magistrate Judge

_____
Yusef A. Dale
Special Assistant United States Attorney

Bond set [or recommended] by issuing Court at _____

SEALED
BY ORDER OF THE COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

2007 SEP 19 A 11: 58

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | NO. 3:07-CR-119 |
| ) | JUDGE Phillips-Shirley |
| ELMER EARL SINGLETON, JR. ) | |
| ) | |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that on or about May 18, 2006 in the Eastern District of Tennessee, the defendant, ELMER EARL SINGLETON, JR. did knowingly, intentionally and without authority possess with intent to distribute a mixture and substance containing cocaine base, also known as "crack," a Schedule II controlled substance.

[21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C)]

### COUNT TWO

The Grand Jury further charges that on or about May 18, 2006, in the Eastern District of Tennessee, the defendant, ELMER EARL SINGLETON, JR., having been convicted of a crime

punishable by imprisonment for a term exceeding one year, did knowingly and intentionally

possess in and affecting commerce a firearm, that is, a Hi-Point 9mm pistol.

[18 U.S.C. §922(g)(1)]


A TRUE BILL:


*/s// Foreperson*
GRAND JURY FOREPERSON

                        JAMES R. DEDRICK
                        United States Attorney


                        */s//W. Brownlow Marsh*
                        W. BROWNLOW MARSH
                        Special Assistant United States Attorney

NOV-02-2007 14:13   ATF         P.01
AO 442 (Rev. 12/85) Warrant for Arrest         P.02

# UNITED STATES DISTRICT COURT

BY ORDER OF THE COURT

UNITED STATES OF AMERICA
v.
ELMER EARL SINGLETON, JR.

## WARRANT FOR ARREST

CASE NUMBER: 3:07-CR-119

Phillips-Shirley

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Elmer Earl Singleton, Jr. and bring him forthwith to the nearest magistrate judge to answer an

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

Elmer Earl Singleton, Jr. did knowingly, intentionally and without authority possess with intent to distribute a mixture and substance containing cocaine base, also known as "crack", a Schedule II Controlled Substance in violation of Title 21, USC Sections 841(a)(1) and 841(b)(1)(C).

Elmer Earl Singleton, Jr. have been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly and intentionally possess in and affecting commerce a firearm in violation of Title 18, USC Section 922(g)(1).

TO: SA Eric Ellis

Helen Spears
Name of Issuing Officer

Deputy Clerk
Title of Issuing Officer

[signature]
Signature of Issuing Officer

9-19-07 at Knoxville, TN
Date and Location

by _____
Name of Judicial Officer

11/02/2007 14:49  312-846-7225         PAGE 01/01