## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Arlander Keys | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 724 - 1 | **DATE** | 11/2/2007 |
| **CASE TITLE** |  | USA vs. Elmer E. Singleton Jr | |

**DOCKET ENTRY TEXT**

Removal proceedings held. Defendant appears in response to arrest on 11/2/07. Defendant waives identity hearing. Gerald Collins is appointed as counsel for defendant. The defendant is ordered removed in the custody of the U.S. Marshal to the Eastern District of Tennessee at Knoxville without prejudice to his right to seek release in that district.

Docketing to mail notices.

00:07

| | Courtroom Deputy Initials: | AC |
|---|---|---|