**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                       Case Number:

United States
    v.                                                 07 CR 724
Elmer Earl Singleton, Jr.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**FILED**
NOV 02 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Elmer Earl Singleton, Jr.

| | |
|---|---|
| NAME (Type or print) | Gerald J. Collins |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ | Gerald J. Collins |
| FIRM | Gerald J. Collins |
| STREET ADDRESS | 100 West Monroe, Suite 1310 |
| CITY/STATE/ZIP | Chicago, IL 60603 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 0488089 | TELEPHONE NUMBER (312) 641-1950 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☒   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐     APPOINTED COUNSEL ☒ | |