UNITED STATES DISTRICT COURT
EVERETT MCKINLEY DIRKSEN BUILDING
UNITED STATES COURT HOUSE
219 S. DEARBORN STREET
CHICAGO ILLINOIS 60604

**MICHAEL W. DOBBINS,**       **OFFICE OF THE CLERK**
     **CLERK**                       November 13, 2007

Ms. Patricia L. McNutt, Clerk
United States District Court
130 Howard H. Baker Jr.
United States Courthouse
800 Market Street
Knoxville, TN 37902-7902


**Re:   USA v. Elmer Earl Singleton, Jr. - 07 CR 724**


Dear Clerk of Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant.

| | |
|---|---|
| _X_ Docket Sheet, Case No.: 07 CR 724 | _X_ Order of Removal dated: 11/2/07 |
| _X_ Affidavit in Removal | ____ Final Commitment Proceedings |
| _X_ Financial Affidavit | ____ Temporary Commitment |
| ____ Order appointing counsel | ____ Order setting conditions of release |
| ____ CJA 20 Form | ____ Detention Order |
| _X_ Appearance form | ____ Appearance Bond |
| | ____ Other(see docket for entries): |

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

                                            Sincerely yours,

                                            Michael W. Dobbins, Clerk


                                            by: _____
                                                Marsha E. Glenn, Deputy Clerk