**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: 07 CR 724

   Ms. Patricia L. McNutt, Clerk
   United States District Court
   130 Howard H. Baker Jr.
   United States Courthouse
   800 Market Street
   Knoxville, TN 37902-7902

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Helen Spears_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Helen Spears
C. Date of Delivery: 11-16-07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   07 CR 724

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7006 0100 0001 7313 2852

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**FILED**

NOV 2 6 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT