49BF
MHN

**UNITED STATES DISTRICT COURT**
EVERETT MCKINLEY DIRKSEN BUILDING
UNITED STATES COURT HOUSE
219 S. DEARBORN STREET
CHICAGO ILLINOIS 60604

**MICHAEL W. DOBBINS,**
**CLERK**

OFFICE OF THE CLERK
November 13, 2007

Ms. Patricia L. McNutt, Clerk
United States District Court
130 Howard H. Baker Jr.
United States Courthouse
800 Market Street
Knoxville, TN 37902-7902

Re: USA v. Elmer Earl Singleton, Jr. - 07 CR 724

Dear Clerk of Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant.

| | |
|---|---|
| _X_ Docket Sheet, Case No.: 07 CR 724 | _X_ Order of Removal dated: 11/2/07 |
| _X_ Affidavit in Removal | ___ Final Commitment Proceedings |
| _X_ Financial Affidavit | ___ Temporary Commitment |
| ___ Order appointing counsel | ___ Order setting conditions of release |
| ___ CJA 20 Form | ___ Detention Order |
| _X_ Appearance form | ___ Appearance Bond |
| | ___ Other(see docket for entries): |

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,
Michael W. Dobbins, Clerk
by: _____
Marsha E. Glenn, Deputy Clerk

FILED
DEC - 4 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT